# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALBERT BAGGETT,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MERCED, *et al.*,<br><br>    Defendants. | No. 1:24-cv-00892-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO PROSECUTE<br><br>Doc. 8 |

    Plaintiff Anthony Albert Baggett is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On August 5, 2024, the Court granted plaintiff's motion to proceed in forma pauperis. Doc. 6. The order granting plaintiff's in forma pauperis motion was returned on August 13, 2024, as "Undeliverable, Not at Facility." More than sixty-three days passed, and plaintiff did not file a notice of change of address or otherwise communicate with the Court as required by Local Rule 183(b).

    Accordingly, on October 31, 2024, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to prosecute. Doc. 8. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 3. Plaintiff did not file any objections, and the deadline to do so has passed. To date, plaintiff has

not otherwise communicated with the Court or updated his address.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on October 31, 2024, Doc. 8, are adopted in full;
2. This action is dismissed, without prejudice, for plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 29, 2024

UNITED STATES DISTRICT JUDGE

2